UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID V. ROBINS,

        Petitioner,

   v.

KAMALA HARRIS,

        Respondent.

    No. C 15-1598 MEJ (PR)

**ORDER OF TRANSFER**

This federal habeas action, in which petitioner challenges convictions he suffered in the Los Angeles County Superior Court, is TRANSFERRED to the Central District of California, as that is the district of conviction. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

    IT IS SO ORDERED.

DATED:   April 14, 2015

Maria-Elena James
United States Magistrate Judge

United States District Court
For the Northern District of California