JS - 6

# In the United States District Court
# For the Central District of California

| | |
|---|---|
| DAVID ROBINS,<br><br>          Petitioner,<br><br>     v.<br><br>KAMALA HARRIS,<br><br>          Respondent.<br>_____ | Case No. CV 15-2781 MMM (MRW)<br><br>**JUDGMENT** |

   For the reasons stated in the accompanying order, the court dismisses this action without prejudice.

Dated: June 30, 2015

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE